THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LINDA CAUDELL, Defendant-Appellant.

(No. 73-74;

Fifth District—June 9, 1975.

Opinion by Mr. JUSTICE CARTER.

Paul Bradley and James R. Streicker, both of State Appellate Defender's Office, of Chicago, for appellant.

Byron L. Connell, State's Attorney, of Mound City, and William B. Ballard, Jr., of State's Attorneys Task Force, of Cairo, for the People.